

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JENNETTE CROSS, | § | No. 08-14-00200-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| ROMAN WAGNER, | § | of Travis County, Texas |
| Appellee. | § | (TC# C-l-CV-13-002263) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF JULY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.